USCA1 Opinion

 

 April 23, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1285 UNITED STATES, Appellee, v. HECTOR RIVERA SANTANA, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Gilberto Gierbolini-Ortiz, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ Arthur R. Silen and Roberts & Newman, P.A. on brief for _________________ __________________________ appellant. Guillermo Gil, United States Attorney, and Charles E. _______________ ____________ Fitzwilliam, Assistant U.S. Attorney, on Motion for Summary ___________ Disposition for appellee. ____________________ ____________________ Per Curiam. Defendant's counsel has submitted an Anders __________ ______ brief and motion to withdraw, asserting that there are no meritorious issues to be raised on appeal. See Anders v. ___ ______ State of California, 386 U.S. 738, 744 (1967); 1st Cir. Loc. ____________________ R. 46.4(a)(4). Defendant has not filed a separate brief, and the government has moved for summary dismissal of this appeal. As required by Anders, we have conducted a full ______ examination of the proceedings. Based on that examination, we conclude that this appeal is wholly frivolous as it presents no issue having an arguable basis in law or fact.  The undisputed facts amply support defendant's conviction of the crimes charged, and the plea change hearing covered all the necessary points. Further, defendant received the benefit of the safety valve provision, 18 U.S.C. 3553(f). The court properly proceeded under the sentencing guidelines to calculate the base offense level for the amount of cocaine involved and to give defendant the full three- level credit for his acceptance of responsibility. Defendant received the minimum sentence and release terms under the applicable guidelines range. Hence, there is no arguable appellate issue as to defendant's conviction, plea, and sentence. Moreover, no appealable issue arises as to defendant's requests for an additional downward adjustment or departure. Defendant did not pursue those requests at the sentencing -2- hearing, so they may be deemed waived. In any case he presented no particular facts justifying such an adjustment or departure based on either his role in the offense or his family responsibilities.  Counsel's motion to withdraw is granted, and appellant's _______ conviction and sentence are affirmed. See 1st Cir. Loc. R. ________ ___ 27.1. -3-